No. 78–1139.  NORTH CAROLINA ET AL. v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 18–1231.  ATLANTIC RICHFIELD CO. v. THIBODAUX, ADMINISTRATRIX.  C. A. 5th Cir.  Certiorari denied.

No. 78–1263.  EAST CARROLL PARISH POLICE JURY ET AL. v. MARSHALL.  C. A. 5th Cir.  Certiorari denied.

No. 78–1310.  EPPERSON v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 78–1346.  COOK v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–1348.  SHEAR v. UNITED STATES; and
No. 78–1388.  LAMORTE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–1387.  MUNOZ ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1403.  KIRSHNER v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–1411.  DEL VALLE ET AL. v. UNITED STATES ET AL. C. A. 5th Cir.  Certiorari denied.

No. 78–1424.  SHELTON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–1452.  NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir.  Certiorari denied.